### 68576. GEORGE v. ASHLAND-WARREN, INC.
(332 SE2d 50)

BANKE, Chief Judge.

In accordance with the Supreme Court's decision in *George v. Ashland-Warren, Inc.*, 254 Ga. 95 (326 SE2d 744) (1985), the decision of this court in *George v. Ashland-Warren, Inc.*, 171 Ga. App. 556 (320 SE2d 586) (1984), is vacated and the judgment of the trial court is reversed.

*Judgment reversed. Pope and Benham, JJ., concur.*

*Claude R. Ross, Stephen M. Gibbs, Jr.*, for appellant.
*Philip S. Coe, Paul Webb, Jr.*, for appellee.